IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | * CASE NO. 11-04628 BKT |
| LUIS RAUL OCASIO TRINIDAD | * |
| JUDITH FIGUEROA ROQUE | * CHAPTER 13 |
| | * |
| DEBTORS | * |

### DEBTORS' MOTION REQUESTING COURT AUTHORIZATION
### TO INCUR IN CREDIT/REFINANCING OF MORTGAGE LOAN

TO THE HONORABLE COURT:

NOW COME, **LUIS RAUL OCASIO TRINIDAD and JUDITH FIGUEROA ROQUE**, debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On May 31, 2011, the debtors filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 *et. seq*.

2. On August 16, 2011, the Court confirmed the debtors' proposed amended Plan dated August 3, 2011, docket no. 16 and 20, which confirmed Plan provides for direct payments to debtors' residential mortgage loan with Scotiabank Puerto Rico ("Scotiabank").

3. Scotiabank filed claim number 1-1, in the sum of $111,597.53, in the above captioned case, which claim has been reduced to a principal balance of $106,737.00 and the same has a "balloon" or "residual balance" that will become due on the year 2016.

4. The debtors and Scotiabank have agreed to refinance the aforementioned mortgage loan, thus, the debtors hereby request authorization from this Honorable Court to incur in a refinancing of the aforementioned loan, with an "initial loan amount" of $113,500.00 (principal of $106,737.00 and "closing costs" of approx. $6,751.00).

Page – 2-
Debtors' Request for Court Authorization for Post-Petition Financing
Case no. 11-04628 BKT13

5. The debtors met with Scotiabank and have been qualified for a mortgage loan to refinance the residential mortgage loan under the terms stated in the attached statement and quote issued by said creditor. See Exhibit "1".

6. The debtors hereby respectfully request this Honorable Court to approve and grant its authorization for the debtors to obtain post-petition financing of the balance owed to Scotiabank through the proposed post-petition mortgage loan refinancing.

7. Should the Court approve this post-petition refinancing the debtors and creditors will benefit considering that secured creditor Scotiabank will be paid its balance on the "balloon payment" owed, the debtors will be able to retain their residential real property, the residential mortgage loan payment will be reduced to $634.33, which will allow debtors a needed cushion to maintain current the confirmed Plan payments to the Trustee; and, the debtors will not receive any proceeds from said transaction.

8. The debtors are current in their confirmed Plan payments to the Trustee and respectfully understand that they have the financial ability to incur in the post-petition loan with Scotiabank, thus, they respectfully request that the Court grant them authorization to incur in this post-petition loan refinancing and continue with the closing of the same with Scotiabank Puerto Rico.

9. Based on the aforementioned, debtors respectfully request this motion be granted and the Court enter an Order allowing debtors to incur in the post-petition loan refinancing as herein described. 11 U.S.C. Section 364; Rule 4001 (c) of the Federal Rules of Bankruptcy Procedure.

Page – 3-
Debtors' Request for Court Authorization for Post-Petition Financing
Case no. 11-04628 BKT13

**WHEREFORE**, debtors respectfully request this Honorable Court grant the present motion authorizing them to incur in the post-petition refinancing, as herein submitted.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to the Chapter 13 Trustee, Juan A Cuyar Cobb, Esq., Counsel for Scotiabank PR, and all system participants; I also certify that a copy of this motion was sent via US Mail to the debtors; and to all creditors and parties in interest appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 29th day of September, 2015.

/s/Roberto Figueroa Carrasquillo
USDC #203624
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726-0186
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing        B-Line, LLC                             CAPITAL RECOVERY V LLC/RECOVERY MANAGEMENT S
0104-3                                  MS 550                                  25SE 2ND AVE SUITE 1120
Case 11-04628-BKT13                     PO Box 91121                            MIAMI, FL 33131-1605
District of Puerto Rico                 Seattle, WA 98111-9221
Old San Juan
Tue Sep 29 16:11:35 AST 2015

CR Evergreen II, LLC                    Candica, L.L.C.                         EAST BAY FUNDING LLC/RESURGENT CAPITAL SERVI
MS 550                                  C O WEINSTEIN AND RILEY, PS             PO BOX 288
PO Box 91121                            2001 WESTERN AVENUE, STE 400            GREENVILLE, SC 29602-0288
Seattle, WA 98111-9221                  SEATTLE, WA 98121-3132


MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE L   MIDLAND FUNDING LLC/RECOSER  LLC   PRA RECEIVABLES MANAGEMENT LLC
ATTN DEPARTMENT 1                       25 SE 2ND AVE STE 1120                  PO BOX 41067
PO BOX 4457                             MIAMI, FL 33131-1605                    NORFOLK, VA 23541-1067
HOUSTON, TX 77210-4457


RECOVERY MANAGEMENT SYSTEMS CORPORATION  SCOTIABANK PR                          US Bankruptcy Court District of P.R.
GE MONEY BANK / PAYPAL SMART CONNECT    PO BOX 362649                           Jose V Toledo Fed Bldg & US Courthouse
25 S E 2ND AVENUE SUITE 1120            SAN JUAN, PR 00936-2649                 300 Recinto Sur Street, Room 109
MIAMI, FL 33131 1605                                                            San Juan, PR 00901-1964


(p)CREDITORS BANKRUPTCY SERVICE         AMERICAN EXPRESS                        American Express Bank FSB
PO BOX 800849                           PO BOX 1270                             c/o Becket and Lee LLP
DALLAS TX 75380-0849                    NEWARK, NJ  07101-1270                  POB 3001
                                                                                Malvern  PA 19355-0701


American Express TRS Co Inc Latin American   BANCO SANTANDER                    BANK OF AMERICA
Division                                PO BOX 362589                           PO BOX 53132
c/o Becket and Lee LLP                  SAN JUAN, PR  00936-2589                PHOENIX, AZ  85072-3132
POB 3001
Malvern  PA 19355-0701


Bank of America, N.A. as successor-in-intere   CARICO                          CHASE
FIA Card Services, N.A.                 2851 W CYPRESS CREEK RD                 PO BOX 260180
P O Box 982284                          FORT LAUDERDALE FL 33309-1781           BATON ROUGE, LA  70826-0180
El Paso, TX 79998-2284


Candica, L.L.C.                         Capital Recovery V, LLC                 Chase Bank USA, N.A.
c/o Weinstein & Riley, P.S.             c/o Recovery Management Systems Corporat   PO Box 15145
2001 Western Ave., Ste. 400             25 SE 2nd Avenue Suite 1120             Wilmington, DE 19850-5145
Seattle, WA 98121-3132                  Miami, FL 33131-1605


East Bay Funding, LLC                   FIA CITI CARD                           FIA Card Services NA as successor in interes
c/o Resurgent Capital Services          PO BOX 17054                            Bank of America NA (USA) and MBNA
PO Box 288                              WILMINGTON, DE 19850-7054               America Bank NA
Greenville, SC 29602-0288                                                       c/o Becket and Lee LLP
                                                                                POB 3001
                                                                                Malvern PA 19355-0701


(p)BANK OF AMERICA                      GE Money Bank                           GE Money Bank
PO BOX 982238                           Attn: Bankruptcy Department             c/o Recovery Management Systems Corporat
EL PASO TX 79998-2238                   PO Box 960061                           25 SE 2nd Ave Suite 1120
                                        Orlando FL 32896-0661                   Miami FL 33131-1605
```

```
GEMB/CHEVRON                      GEMB/HOME DESIGN                  GEMB/PAYPAL EXTRAS MC
4125 WINWARD PLZ                  PO BOX 981439                     PO BOX 981400
ALPHARETTA, GA 30005-8738         EL PASO, TX 79998-1439            EL PASO, TX 79998-1400


GEMB/SONY FINANCIAL SE            Granite Recovery LLC              HOME DEPOT
PO BOX 981439                     c/o Recovery Management Systems Corp   PO BOX 103108
EL PASO, TX 79998-1439            25 SE 2nd Avenue Suite 1120       ROSWELL, GA  30076-9108
                                  Miami, FL 33131-1605


JC PENNEY                         MILITARY STAR                     Midland Funding LLC
PO BOX 364788                     PO BOX 830031                     by American InfoSource LP as agent
SAN JUAN, PR  00936-4788          BALTIMORE, MD  21283-0031         PO Box 4457
                                                                    Houston, TX  77210-4457


NEXTCARD INC                      (p)PENTAGON FEDERAL CREDIT UNION  Portfolio Investments I LLC
PO BOX 3412                       ATTN BANKRUPTCY DEPARTMENT        c/o Recovery Management Systems Corp
OMAHA, NE 68103-0412              P O BOX 1432                      25 SE 2nd Avenue Suite 1120
                                  ALEXANDRIA VA 22313-1432          Miami, FL 33131-1605


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   ROOMS TO GO                  Recovery Management Systems Corporation
PO BOX 41067                      PO BOX 703                        25 S.E. 2nd Avenue, Suite 1120
NORFOLK VA 23541-1067             WOOD DALE, IL  60191-0703         Miami, FL 33131-1605


SALLIE MAE                        SAM'S CLUB                        SCOTIABANK
PO BOX 11449                      PO BOX 530942                     PO BOX 362649
KILLEEN, TX  76547-1449           ATLANTA, GA  30353-0942           SAN JUAN, PR  00936-2649


SCOTIABANK DE PUERTO RICO         SEARS                             Sallie Mae Inc. on behalf of USAF
G.P.O. BOX 362649                 PO BOX 6189                       Attn: Bankruptcy Litigation Unit E3149
SAN JUAN, PUERTO RICO 00936-2649  SIOUX FALLS, SD 57117-6189        P.O. Box 9430
                                                                    Wilkes-Barre, PA 18773-9430


Synchrony Bank                    USA FUNDS MC E2148                JOSE RAMON CARRION MORALES
c/o Recovery Management Systems Corp   ATTN DEPOSIT OPERATIONS      PO BOX 9023884
25 SE 2nd Ave Suite 1120          PO BOX 6180                       SAN JUAN, PR 00902-3884
Miami, FL 33131-1605              INDIANAPOLIS IN 46206-6180


JUDITH FIGUEROA ROQUE             LUIS RAUL OCASIO TRINIDAD         MONSITA LECAROZ ARRIBAS
URB MARIOLGA                      URB MARIOLGA                      OFFICE OF THE US TRUSTEE (UST)
W2 LUIS MUNOZ MARIN AVE           W2 LUIS MUNOZ MARIN AVE           OCHOA BUILDING
CAGUAS, PR 00725-6463             CAGUAS, PR 00725-6463             500 TANCA STREET  SUITE 301
                                                                    SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AAFES/MIL STAR/EXCHANGE              FIA Card Services, NA as successor in intere    Pentagon Federal Credit Union
c/o Creditors Bankruptcy Service     Bank of America NA and MBNA America Bank        P.O. Box 1432
P O Box 740933                       PO Box 15102                                    Alexandria, VA 22313
Dallas,Tx 75374                      Wilmington, DE  19886-5102


Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)B-Line, LLC                       (d)CR Evergreen II, LLC                         End of Label Matrix
MS 550                               MS 550                                          Mailable recipients     57
PO Box 91121                         PO Box 91121                                    Bypassed recipients      2
Seattle, WA 98111-9221               Seattle, WA 98111-9221                          Total                   59
```

# TRUTH-IN-LENDING DISCLOSURE

| NAME(S)/ADDRESS(ES) OF BORROWER(S) ("You" or "Your") | NAME/ADDRESS OF LENDER ("Creditor" or "Us") |
|---|---|
| LUIS RAUL OCASIO TRINIDAD, JUDITH FIGUEROA ROQUE<br>2 W LUIS MUNOZ MARIN<br>MARIOLGA DEV<br>CAGUAS, PR 00725 | Scotiabank of PR Mortgage Unit<br>Scotiabank Plaza, 280 Ave. Jesus T. Pinero<br>San Juan, PR 00918 |

PROPERTY ADDRESS  2 W LUIS MUNOZ MARIN, MARIOLGA DEV, CAGUAS, PR 00725

LOAN NUMBER 0950600701512    TRANSACTION DATE  September 28, 2015    [X] Preliminary   [ ] Final

Words, numbers or phrases preceded by a [ ] are applicable only if the [ ] is marked. [X] All numerical disclosures except the late payment disclosure are estimates.

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 5.1875 % | $ 108,469.73 | $ 110,876.78 | $ 219,346.51 |

[ ] Interest on the amount of credit outstanding during the construction period will be paid , followed by:

### INTEREST RATE AND PAYMENT SUMMARY

| | Rate & Monthly Payment |
|---|---|
| Interest Rate | 5.0000 % |
| Principal + Interest Payment | $ 609.29 |
| Est. Taxes + Insurance (Escrow) | $ 25.04 |
| **Total Est. Monthly Payment** | $ 634.33 |

[ ] **VARIABLE RATE:** This transaction is subject to a variable rate feature. Variable rate disclosures have been provided at an earlier time.
**PAYABLE ON DEMAND:** [ ] This obligation is payable on demand.  [ ] The disclosures are based on an assumed maturity of one year.
**INSURANCE:** You may obtain property insurance from anyone acceptable to Lender.
**SECURITY:** You are giving a security interest in the real property and any of the following items which are checked:
[ ] Goods being purchased.  [ ] Funds on deposit with Lender.  [ ] Collateral securing other loans with us may also secure this loan.
[ ] Other (Specify)
**LATE CHARGE:** If you are more than 15 days late in making any payment, in addition to your payment, you will pay a late charge of:
[ ] the lesser of  [ ] the greater of  [X] an amount equal to  [ ] $          or [X] 5.0000% of the payment in default.
**PREPAYMENT:** If you pay off early, you  [ ] may  [X] will not  have to pay a penalty.
                                            [ ] may  [X] will not  be entitled to a refund of part of the finance charge.
**ASSUMPTION:** If this loan is to purchase and is secured by your principal dwelling, and if checked here, [X] someone buying your dwelling cannot assume the remainder of this purchase money mortgage loan on the original terms. If this loan is to purchase and is secured by your principal dwelling, and if checked here, [ ] someone buying your dwelling may, subject to conditions, be allowed to assume the remainder of this purchase money mortgage loan.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties and Creditor's policy regarding assumption of the obligation.
There is no guarantee that you will be able to refinance to lower your rate and payments.
You are not required to complete this agreement merely because you have received these disclosures or signed a loan application.
**SIGNATURES:** By signing you acknowledge receipt of a completed copy of this disclosure. You understand that this is not a contract and does not reflect all of the terms and conditions of the mortgage transaction to which the disclosures reflected on this form relate.

X _____  X _____
  LUIS RAUL OCASIO TRINIDAD         DATE      JUDITH FIGUEROA ROQUE           DATE

X _____  X _____
                                    DATE                                      DATE

© 2011 D+H USA Corporation
MULTISTATE
ITEM 3214L0 (021314)
0950600701512

GreatDocs®
(Page 1 of 1)
0950600701512



# Good Faith Estimate (GFE)

OMB Approval No. 2502-0265

| | |
|---|---|
| **Name of Originator**<br>Scotiabank of PR Mortgage Unit<br><br>Zoraida Velazquez | **Borrower**<br>LUIS RAUL OCASIO TRINIDAD, JUDITH FIGUEROA ROQUE |
| **Originator Address**<br>Scotiabank Plaza, 280 Ave. Jesus T. Pinero<br>San Juan, PR 00918 | **Property Address**<br>2 W LUIS MUNOZ MARIN, MARIOLGA DEV<br>CAGUAS, PR 00725 |
| **Originator Phone Number** (787) 743-5008 | |
| **Originator Email** zoraida.velazquez@scotiabank.com | **Date of GFE** September 24, 2015 |

**Purpose** — This GFE gives you an estimate of your settlement charges and loan terms if you are approved for this loan. For more information, see HUD's *Special Information Booklet* on settlement charges, your *Truth-in-Lending Disclosures,* and other consumer information at www.hud.gov/respa. If you decide you would like to proceed with this loan, contact us.

**Shopping for your loan** — Only you can shop for the best loan for you. Compare this GFE with other loan offers, so you can find the best loan. Use the shopping chart on page 3 to compare all the offers you receive.

**Important dates**
1. The interest rate for this GFE is available through **9/26/2015**. After this time, the interest rate, some of your loan Origination Charges, and the monthly payment shown below can change until you lock your interest rate.
2. This estimate for all other settlement charges is available through **October 09, 2015**.
3. After you lock your interest rate, you must go to settlement within **NA** days (your rate lock period) to receive the locked interest rate.
4. You must lock the interest rate at least **NA** days before settlement.

**Summary of your loan**

| | |
|---|---|
| Your initial loan amount is | $ 113,500.00 |
| Your loan term is | 30 years |
| Your initial interest rate is | 5.0000% |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $ 609.29 per month |
| Can your interest rate rise? | ☒ No ☐ Yes, it can rise to a maximum of ___%. The first change will be in ___. |
| Even if you make payments on time, can your loan balance rise? | ☒ No ☐ Yes, it can rise to a maximum of $ ___. |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and any mortgage insurance rise? | ☒ No ☐ Yes, the first increase can be in ___ and the monthly amount owed can rise to $ ___. The maximum it can ever rise to is $ ___. |
| Does your loan have a prepayment penalty? | ☒ No ☐ Yes, your maximum prepayment penalty is $ ___. |
| Does your loan have a balloon payment? | ☒ No ☐ Yes, you have a balloon payment of $ ___ due in ___ years. |

**Escrow account information** — Some lenders require an escrow account to hold funds for paying property taxes or other property-related charges in addition to your monthly amount owed of $ 609.29.
Do we require you to have an escrow account for your loan?
☐ No, you do not have an escrow account. You must pay these charges directly when due.
☒ Yes, you have an escrow account. It may or may not cover all of these charges. Ask us.

**Summary of your settlement charges**

| | | | |
|---|---|---|---|
| **A** | Your Adjusted Origination Charges *(See page 2.)* | $ | 2,305.00 |
| **B** | Your Charges for All Other Settlement Services *(See page 2.)* | $ | 4,445.53 |
| **A + B** | TOTAL ESTIMATED SETTLEMENT CHARGES | $ | 6,750.53 |

MULTISTATE
ITEM 3093L1 (091609)
0950600701512

Good Faith Estimate (HUD-GFE)
GreatDocs®
(Page 1 of 3)
0950600701512

**Understanding your estimated settlement charges**

## YOUR ADJUSTED ORIGINATION CHARGES

| | Description | Amount |
|---|---|---|
| 1. | **Our origination charge** This charge is for getting this loan for you. | 1,170.00 |
| 2. | **Your credit or charge (points) for the specific interest rate chosen** ☐ The credit or charge for the interest rate of ____% is included in "Our origination charge." (See item 1 above.) ☐ You receive a credit of $_____ for this interest rate of ____%. This credit **reduces** your settlement charges. ☒ You pay a charge of $1,135.00 for this interest rate of 5.0000%. This charge (points) **increases** your total settlement charges. The tradeoff table on page 3 shows that you can change your total settlement charges by choosing a different interest rate for this loan. | 1,135.00 |
| A | **Your Adjusted Origination Charges** | $ 2,305.00 |

## YOUR CHARGES FOR ALL OTHER SETTLEMENT SERVICES

*Some of these charges can change at settlement. See the top of page 3 for more information.*

**3. Required services that we select**
These charges are for services we require to complete your settlement. We will choose the providers of these services.

| Service | Charge |
|---|---|
| Appraisal fee | 500.00 |
| Credit report | 36.00 |
| Flood certification | 15.00 |
| Survey | 70.00 |
| Lender Inspection Fee | 100.00 |
| Elevation Certificate | 0.00 |
| Available | 0.00 |
| Reserved Funds Transaction Fee AFV $100 | 0.00 |
| Supplemental Origination Fee | 0.00 |
| Available | 0.00 |
| Available | 0.00 |
| Available | 0.00 |
| PR Note Management Services | 30.00 |

Total: 751.00

**4. Title services and lender's title insurance**
This charge includes the services of a title or settlement agent, for example, and title insurance to protect the lender, if required. — 1,841.79

**5. Owner's title insurance**
You may purchase an owner's title insurance policy to protect your interest in the property. — 0.00

**6. Required services that you can shop for**
These charges are for other services that are required to complete your settlement. We can identify providers of these services or you can shop for them yourself. Our estimates for providing these services are below.

| Service | Charge |
|---|---|
| Escrow Repairs to Seller | 0.00 |
| Maintenance | 0.00 |

Total: 0.00

**7. Government recording charges**
These charges are for state and local fees to record your loan and title documents. — 837.00

**8. Transfer taxes**
These charges are for state and local fees on mortgages and home sales. — 432.00

**9. Initial deposit for your escrow account**
This charge is held in an escrow account to pay future recurring charges on your property and includes ☐ all property taxes, ☐ all insurance, and ☐ other _____ — 50.08

**10. Daily interest charges**
This charge is for the daily interest on your loan from the day of your settlement until the first day of the next month or the first day of your normal mortgage payment cycle. This amount is $15.5479 per day for 15 days (if your settlement is _____). — 233.22

**11. Homeowner's insurance**
This charge is for the insurance you must buy for the property to protect from a loss, such as fire.

| Policy | Charge |
|---|---|
| Hazard insurance premium | 300.44 |
| Flood insurance premium | 0.00 |
| Excess Policy/Builder Risk/HO6 | 0.00 |
| | 0.00 |

Total: 300.44

| B | **Your Charges for All Other Settlement Services** | $ 4,445.53 |
|---|---|---|
| A + B | **TOTAL ESTIMATED SETTLEMENT CHARGES** | $ 6,750.53 |

MULTISTATE
ITEM 3093L2 (091609)
0950600701512

Good Faith Estimate (HUD-GFE)
GreatDocs®
(Page 2 of 3)
0950600701512

**INSTRUCTIONS**

**Understanding which charges can change at settlement**

This GFE estimates your settlement charges. At your settlement, you will receive a HUD-1, a form that lists your actual costs. Compare the charges on the HUD-1 with the charges on this GFE. Charges can change if you select your own provider and do not use the companies we identify. (See below for details.)

| These charges cannot increase at settlement: | The total of these charges can increase up to 10% at settlement: | These charges can change at settlement: |
|---|---|---|
| • Our origination charge<br>• Your credit or charge (points) for the specific interest rate chosen (after you lock in your interest rate)<br>• Your adjusted origination charges (after you lock in your interest rate)<br>• Transfer taxes | • Required services that we select<br>• Title services and lender's title insurance (if we select them or you use companies we identify)<br>• Owner's title insurance (if you use companies we identify)<br>• Required services that you can shop for (if you use companies we identify)<br>• Government recording charges | • Required services that you can shop for (if you do not use companies we identify)<br>• Title services and lender's title insurance (if you do not use companies we identify)<br>• Owner's title insurance (if you do not use companies we identify)<br>• Initial deposit for your escrow account<br>• Daily interest charges<br>• Homeowner's insurance |

**Using the tradeoff table**

In this GFE, we offered you this loan with a particular interest rate and estimated settlement charges. However:

• If you want to choose this same loan with **lower settlement charges**, then you will have a **higher interest rate**.
• If you want to choose this same loan with a **lower interest rate**, then you will have **higher settlement charges**.
• If you would like to choose an available option, you must ask us for a new GFE.

*Loan originators have the option to complete this table. Please ask for additional information if the table is not completed.*

| | The loan in this GFE | The same loan with lower settlement charges | The same loan with a lower interest rate |
|---|---|---|---|
| Your initial loan amount | $113,500.00 | $113,500.00 | $113,500.00 |
| Your initial interest rate[1] | 5.0000% | % | % |
| Your initial monthly amount owed | $609.29 | $ | $ |
| Change in the monthly amount owed from this GFE | No change | You will pay $ more every month | You will pay $ less every month |
| Change in the amount you will pay at settlement with this interest rate | No change | Your settlement charges will be **reduced** by $ | Your settlement charges will **increase** by $ |
| How much your total estimated settlement charges will be | $6,750.53 | $ | $ |

[1] *For an adjustable rate loan, the comparisons above are for the initial interest rate before adjustments are made.*

**Using the shopping chart**

Use this chart to compare GFEs from different loan originators. Fill in the information by using a different column for each GFE you receive. By comparing loan offers, you can shop for the best loan.

| | THIS LOAN | LOAN 2 | LOAN 3 | LOAN 4 |
|---|---|---|---|---|
| Loan originator name | Zoraida Velazquez | | | |
| Initial loan amount | $113,500.00 | | | |
| Loan term | 360 months | | | |
| Initial interest rate | 5.0000% | | | |
| Initial monthly amount owed | 609.29 | | | |
| Rate lock period | NA days | | | |
| Can interest rate rise? | No | | | |
| Can loan balance rise? | No | | | |
| Can monthly amount owed rise? | No | | | |
| Prepayment penalty? | No | | | |
| Balloon payment? | No | | | |
| TOTAL ESTIMATED SETTLEMENT CHARGES | $6,750.53 | | | |

**If your loan is sold in the future**

Some lenders may sell your loan after settlement. Any fees lenders receive in the future cannot change the loan you receive or the charges you paid at settlement.

MULTISTATE
ITEM 3093L3 (091609)
0950600701512

Good Faith Estimate (HUD-GFE)
GreatDocs®
(Page 3 of 3)
0950600701512