IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-04628 BKT

LUIS RAUL OCASIO TRINIDAD

Chapter 13

JUDITH FIGUEROA ROQUE

XXX-XX-7807

XXX-XX-4988

**FILED & ENTERED ON 10/20/2015**

Debtor(s)

ORDER

The trustee to state position within twenty-one (21) days as to Debtor's motion requesting authorization to incur in post-petition loan refinancing filed on 9/29/2015 (Docket No. 63).

SO ORDERED.

San Juan, Puerto Rico, this 20 day of October, 2015.

Brian K. Tester
U.S. Bankruptcy Judge

cc: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
US TRUSTEE